BROOKS ET AL. *v.* BRILEY, MAYOR OF
NASHVILLE, ET AL.

No. 1285, Misc.   Decided May 20, 1968.

*William M. Kunstler, Arthur Kinoy, Howard Moore,
Jr.,* and *Morton Stavis* for appellants.

*George F. McCanless,* Attorney General of Tennessee,
*Thomas E. Fox,* Assistant Attorney General, *Edwin F.
Hunt,* and *Robert E. Kendrick* for appellees.

PER CURIAM.

The motion for leave to proceed *in forma pauperis*
is granted.   The motion to affirm is also granted and the
judgment is affirmed.   *Cameron* v. *Johnson,* 390 U. S.
611.

MR. JUSTICE DOUGLAS dissents.

JACKSON *v.* NELSON, WARDEN.

No. 1446, Misc.   Decided May 20, 1968.

PER CURIAM.

The appeal is dismissed for want of jurisdiction.
Treating the papers whereon the appeal was taken as a
petition for a writ of certiorari, certiorari is denied.